54 A.3d 13

**In re Petition for EMPANELMENT OF INDICTING GRAND JURY.**

**Petition of First Judicial District.**

**No. 138 EM 2012.**

Supreme Court of Pennsylvania.

Sept. 27, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of September, 2012, the "Petition for Empanelment of Indicting Grand Jury" is **GRANTED.** The First Judicial District has the authority to empanel an indicting grand jury on or after December 18, 2012 in accordance with Pa.R.Crim.P. 556 *et seq.*